PRESENT: Carrico, C.J., Compton, Lacy, Hassell, Koontz, and
Kinser, JJ., and Poff, Senior Justice

BILLY LEE TAYLOR

PER CURIAM
v.  Record No. 971938              September 18, 1998

COMMONWEALTH OF VIRGINIA


FROM THE COURT OF APPEALS OF VIRGINIA

We awarded this appeal to review a judgment of the Court of
Appeals holding that the trial court did not err in refusing to
grant a mistrial based on a juror's delayed response to a <u>voir
dire</u> question.  <u>Taylor v. Commonwealth</u>, 25 Va. App. 12, 486
S.E.2d 108 (1997).

For the reasons stated in the opinion of the Court of
Appeals, we will affirm the judgment entered below.

<u>Affirmed</u>.